UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| KLAUSNER TECHNOLOGIES, INC., a New York corporation,  *Plaintiff*,  vs.  MetroPCS Communications, Inc., a Delaware corporation, MetroPCS Wireless, Inc., a Delaware corporation;  *Defendants*. | CASE NO 6:12-cv-42.  **JURY TRIAL DEMANDED** |

## ORDER OF DISMISSAL

On this day, Plaintiff Klausner Technologies, Inc. ("Klausner") and Defendants MetroPCS Communications, Inc. and MetroPCS Wireless, Inc. (collectively "MetroPCS") announced to the Court that they have settled their respective claims for relief asserted in this case. The Court, having considered this request, is of the opinion that their request for dismissal should be GRANTED.

IT IS THEREFORE ORDERED that the above-entitled cause and all claims between Klausner and MetroPCS are dismissed, with prejudice to the re-filing of same.

It is further ORDERED that all costs are assessed against the party who incurred them.

**So ORDERED and SIGNED this 16th day of May, 2012.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**